**Order filed September 1, 2022.**



In the

# Fourteenth Court of Appeals

_____

## NO. 14-21-00615-CV
_____

**RONALD ARNESS PERKINS AND CAROLYN LEBLANC GAUNTHER,
Appellants**

**V.**

**HOMEOWNERS OF AMERICA INSURANCE COMPANY, Appellee**

---

**On Appeal from the 239th District Court
Brazoria County, Texas
Trial Court Cause No. 101209-CV**

---

# O R D E R

The clerk's record was filed December 2, 2021. Our review has determined that a relevant item has been omitted from the clerk's record. *See* TEX. R. APP. P. 34.5(c). The record does not contain the live pleadings of defendant Carolyn LeBlanc Gauther.

The Brazoria County District Clerk is directed to file a supplemental clerk's record on or before September 12, 2022, containing the live pleadings of defendant Carolyn LeBlanc Gauther.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Hassan.